**STATE of Missouri, Respondent,**

v.

**Dale E. SMILEY, Appellant.**

**No. WD 75595.**

Missouri Court of Appeals, Western District.

Oct. 15, 2013.

Dora Fichter, for respondent.

Samuel E. Buffaloe, for appellant.

Before Division I: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ANTHONY REX GABBERT, Judge.

## ORDER

PER CURIAM.

Dale Smiley appeals his convictions following a jury trial for second-degree statutory sodomy, sexual abuse, sexual

misconduct involving a child by indecent exposure, and two counts of second-degree sexual misconduct and consecutive sentences totaling fifteen years imprisonment. He contends that the trial court plainly erred in failing *sua sponte* to declare a mistrial or give a curative instruction during the State's closing argument. After Smiley filed this appeal, he filed a motion to remand the case to the trial court to consider newly discovered evidence, which was taken with the case. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The motion to remand is denied.

The convictions are affirmed. Rule 30.25(b).